UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELICE RODRIQUE and MARTIN
SCHAEFER, individually and on
behalf of all others similarly
situated,

               Plaintiffs,

vs.                                    Case No.  2:03-cv-519-FtM-33SPC

ECKERD CORPORATION,

               Defendant.
_____/

**ORDER**

This matter comes before the Court <u>sua</u> <u>sponte</u>.  Upon review of
the docket, the Court finds that a pretrial conference is set to
take place in this case on February 8, 2006 at 3:00 p.m., and the
joint pretrial statement has not yet been filed.  It is noted that
a final pretrial statement has been filed in the case of Teblum, et
al. v. Eckerd Corporation, 2:03-cv-495-FtM-33SPC.  The Court
consolidated the Teblum and Rodrique cases for the purpose of
deciding summary judgment motions and has not consolidated the
cases for the pretrial conferences.[1]

In a case management and scheduling order dated November 6,
2003, this Court set the pretrial conference for December 13, 2004

---

[1] In an Order dated October 12, 2005, this Court explained,
"While the Court has consolidated the Teblum and Rodrique motions
for summary judgment, the court has not consolidated all pre-trial
matters in the two cases." (Doc. # 242 at 1).

with the joint pretrial statement due on November 1, 2004. (Doc. #
27).  The Court duly notes that the pretrial conference has been
reset a number of times in this case due to scheduling issues and
other matters.  However, the Court requires that the parties comply
with the requirements of Local Rule 3.06(c), M.D. Fla., which
states: "The pretrial statement shall be filed with the Court no
later than three (3) days before the date of the final pretrial
conference (or at such time as the Court may direct). . . ."

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties are required to file a joint pretrial statement as
described in Local Rule 3.06, M.D. Fla., within three business days
of the final pretrial conference.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>1st</u>
day of February, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record