```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


DELICE RODRIQUE and MARTIN
SCHAEFER, individually and on
behalf of all others similarly
situated,

                Plaintiffs,

vs.                                   Case No.  2:03-cv-519-FtM-33SPC

ECKERD CORPORATION,

                Defendant.
_____/
```

**ORDER**

This matter comes before the Court <u>sua</u> <u>sponte</u>. Upon review of the docket, the Court finds that a pretrial conference is set to take place in this case on February 8, 2006 at 3:00 p.m., and the joint pretrial statement has not yet been filed. It is noted that a final pretrial statement has been filed in the case of Teblum, et al. v. Eckerd Corporation, 2:03-cv-495-FtM-33SPC. The Court consolidated the Teblum and Rodrique cases for the purpose of deciding summary judgment motions and has not consolidated the cases for the pretrial conferences.[1]

In a case management and scheduling order dated November 6, 2003, this Court set the pretrial conference for December 13, 2004

---

[1] In an Order dated October 12, 2005, this Court explained, "While the Court has consolidated the Teblum and Rodrique motions for summary judgment, the court has not consolidated all pre-trial matters in the two cases." (Doc. # 242 at 1).

with the joint pretrial statement due on November 1, 2004. (Doc. # 27).  The Court duly notes that the pretrial conference has been reset a number of times in this case due to scheduling issues and other matters.  However, the Court requires that the parties comply with the requirements of Local Rule 3.06(c), M.D. Fla., which states: "The pretrial statement shall be filed with the Court no later than three (3) days before the date of the final pretrial conference (or at such time as the Court may direct). . . ."

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties are required to file a joint pretrial statement as described in Local Rule 3.06, M.D. Fla., within three business days of the final pretrial conference.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 1st day of February, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2